IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC,<br><br>Plaintiff(s),<br>v.<br><br>GOOGLE, INC., et. al.,<br>_____/<br><br>FACEBOOK, INC.<br>_____/<br><br>EMC CORPORATION, et. al.,<br>_____/<br><br>NETAPP, INC.<br><br>Defendant(s).<br>_____/ | CASE NOS. 5:13-cv-01317 EJD;<br>5:13-cv-01356 EJD; 5:13-cv-01358 EJD;<br>5:13-cv-01359 EJD<br><br>**ORDER CONTINUING/SCHEDULING**<br>**CASE MANAGEMENT CONFERENCE** |

Having reviewed these matters, the court orders that the Case Management Conference in the above-entitled actions is CONTINUED TO/SCHEDULED FOR **November 1, 2013, at 10:00 a.m.** The parties shall file Joint Case Management Statements on or before **October 25, 2013.**

The court advises the parties in each case that date of the Case Management Conference will not be modified further. Requests to change or continue the date of the conference will not be considered and should not be filed.

The motion to continue filed in case number 5:13-cv-01356 EJD (Docket Item No. 14) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 26, 2013

EDWARD J. DAVILA
United States District Judge