IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC,<br><br>Plaintiff(s),<br>v.<br><br>GOOGLE, INC., et. al.,<br>_____/<br><br>FACEBOOK, INC.<br>_____/<br><br>EMC CORPORATION, et. al.,<br>_____/<br><br>NETAPP, INC.<br><br>Defendant(s).<br>_____/ | CASE NOS. 5:13-cv-01317 EJD;<br>5:13-cv-01356 EJD; 5:13-cv-01358 EJD;<br>5:13-cv-01359 EJD<br><br>**RELATED CASE ORDER** |

Pursuant to Civil Local Rule 3-12, the court finds that the above-entitled cases ARE RELATED. Accordingly, the clerk shall administratively relate these files.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
EDWARD J. DAVILA
United States District Judge