MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
MANMEET S. WALIA (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
ADAM HOCKENSMITH (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
mwalia@susmangodfrey.com
amcmillian@susmangodfrey.com
ahockensmith@susmangodfrey.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.<br><br>        Defendant. | Case No 5:13-cv-01356 (EJD)<br><br>**JOINT STATUS REPORT RE STATUS OF RELEVANT REVIEW PROCEEDINGS**<br><br>DATE:  N/A<br>TIME:  N/A<br>PLACE:  N/A |

By its January 13, 2014, Order Granting Defendants' Motions to Stay; Denying Facebook's Motion to Dismiss without prejudice, the Court ordered that "[t]he parties in each case shall submit a joint status report apprising the court of the status of the relevant review proceedings on July 13, 2014, and every six months thereafter. These reports shall be filed as separate docket entries on ECF/PACER." Doc. No. 55 at 12.

- Apple: On September 20, 2013, a defendant in another PersonalWeb matter (Apple, Inc.) filed a petition with the PTO requesting review of various claims. Of these claims, the following are at issue in this case: '310 Patent: Claims 70, 81, 82, and 86. The PTO instituted this petition on March 26, 2014.

- Rackspace: On October 11, 2013, a defendant in another PersonalWeb matter (Rackspace, Inc.) filed petitions with the PTO requesting review of various patents and claims. On October 28, 2014, the PTO terminated these IPRs as to all parties as a result of a joint motion to dismiss filed by Rackspace and PersonalWeb after settlement between the parties.

- Unified Patents: On April 28, 2014, an entity not party to any of the PersonalWeb actions – Unified Patents Inc., petitioned for IPR of the '791 patent and sought to join its proceeding with the pending IPR concerning the same patent initiated by Rackspace and described above. On July 24, 2014, the PTO denied institution of this IPR.

- EMC and VMWare: On May 15, 2014, the Patent Trial and Appeal Board issued decisions in the six IPRs instituted on May 17, 2013, finding all of the asserted claims of the '791 Patent in this case invalid. On May 20, 2014, pursuant to 35 U.S.C. §§ 142 and 37 C.F.R. § 90.2(a), PersonalWeb appealed all six of the Board's May 15, 2014, decisions to the Federal Circuit. PersonalWeb filed its opening brief on November 7, 2014. The parties anticipate that all briefing will be completed by the end of this month.

- Google/YouTube: On June 18, 2014, Google petitioned for IPR of various patents and moved for "discretionary" joinder of the Rackspace IPRs described above. *See* 37 C.F.R. § 42.122(b) ("Any request for joinder must be filed [] no later than one month after the institution date of any *inter partes* review for which joinder is requested."); 37 C.F.R. § 42.5 ("The Board may waive or suspend a requirement of parts 1, 41, and 42 and may place conditions on the waiver or suspension."). On October 28, 2014, the PTO denied Google's request to institute new IPRs and for joinder.

- Google/YouTube: On October 23, 2014, Google requested reexamination of claims 25 and 33 of the '662 patent [No. 90/013,379], and claim 125 of the '096 patent [No. 90,013,378]. The PTO declined to review claim 33 of the '662 patent. On December 3, 2014, the PTO granted review of claim 125 of the '096 patent.

In light of the current status of the relevant review proceedings, neither party requests to lift the stay at this time.

Dated: January 13, 2015

MARC M. SELTZER
KALPANA SRINIVASAN
DAVIDA BROOK
MAX L. TRIBBLE, JR.
JOSEPH GRINSTEIN
ASHLEY L. MCMILLIAN
MANMEET S. WALIA
ADAM HOCKENSMITH
SUSMAN GODFREY LLP

By:  /s/ *Kalpana Srinivasan*
Kalpana Srinivasan
Attorneys for Plaintiff
PersonalWeb Technologies, LLC

Dated: January 13, 2015

HEIDI L. KEEFE
MARK R. WEINSTEIN
REUBEN H. CHEN
LAM K. NGUYEN
ELIZABETH STAMESHKIN
SARAH B. WHITNEY
COOLEY LLP

2

DERON R. DACUS
PETE KERR
DACUS LAW FIRM

By:   /s/ *Reuben H. Chen*
      Reuben H. Chen
      Attorneys for Defendant
      Facebook, Inc.

3

3487525v1/012790

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of California, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: _/s/ *Kalpana Srinivasan*_
Kalpana Srinivasan