RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

Attorneys for Plaintiff
PERSONALWEB TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC AND LEVEL 3 COMMUNICATIONS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK INC., <br><br> Defendants. | Case No. 5:13-cv-01356-EJD <br><br> **NOTICE OF PENDENCY OF OTHER ACTION INVOLVING SAME PATENT** <br><br> Hon. Edward J. Davila |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

In accordance with Patent L.R. 2-1(a), Plaintiff PersonalWeb Technologies LLC ("PersonalWeb") hereby provides notice that the recently transferred cases, *PersonalWeb Technologies, LLC and Level 3 Communications LLC v. International Business Machines Corp.*, No. 3:16-cv-01266-YGR (N.D. Cal. Oakland Div.) ("the IBM action") and *PersonalWeb Technologies LLC and Level 3 Communications v. Rackspace U.S. Inc., et al.*, 3:16-cv-01267-EMC (N.D. Cal. SF Div.) ("the Rackspace action"), concerns the same patents and was filed within two years of this case and the following actions:

(1) *PersonalWeb Technologies, LLC and Level 3 Communications LLC v. Google Inc. and YouTube, LLC.*, No. 5:13-cv-01317-EJD (N.D. Cal. San Jose Div.) ("the Google action");

(2) *PersonalWeb Technologies, LLC and Level 3 Communications LLC v. NetApp, Inc.*, No. 5:13-cv-01359-EJD (N.D. Cal. San Jose Div.) ("the NetApp action");

(3) *PersonalWeb Technologies, LLC and Level 3 Communications LLC v. EMC Corp. and VMware, Inc.*, No. 5:13-cv- 01358-EJD ("the EMC action"); and

(4) *PersonalWeb Technologies LLC and Level 3 Communications v. Apple Inc.*, No. 4:14-cv-01683-YGR (N.D. Cal. Oakland Div.) ("the Apple action").

Each case involves patents from the same patent family. Those patents include U.S. Patent Nos. 6,415,280, 7,802,310, and 6,928,442.

All cases were originally filed in the U.S. District Court for the Eastern District of Texas. The Google, Facebook, EMC and NetApp actions were previously transferred to the Northern District of California and deemed related to each other under Civil L.R. 3-12. Later, the Apple action was transferred to the Northern District

of California. Most recently, the IBM and Rackspace actions were transferred to the Northern District of California.

IBM has filed an Administrative Motion to relate the IBM case to the EMC case on the ground that "there is a greater relatedness between the IBM action and the EMC action…." Plaintiffs disagree. All cases are equally related because, as IBM concedes, all cases share common plaintiffs and "the same family of interrelated patents, which all stem from a common application and share similar claim terms and elements."

DATED: March 28, 2016

MCKOOL SMITH HENNIGAN, P.C.

BY:   */s/ Lawrence M. Hadley*
          Lawrence M. Hadley

Roderick G. Dorman
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley
lhadley@mckoolsmithhennigan.com
Alan P. Block (SBN. 143783)
ablock@mckoolsmithhennigan.com
Phillip J. Lee
plee@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T:  (213) 694-1200; F:  (213) 694-1234

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 28, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Lawrence M. Hadley*

McKool Smith Hennigan, P.C.
Los Angeles, CA