MARC M. SELTZER (54534)
KALPANA SRINIVASAN (237460)
DAVIDA BROOK (275370)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

MAX L. TRIBBLE, JR. (*pro hac vice*)
JOSEPH GRINSTEIN (*pro hac vice*)
ASHLEY L. MCMILLIAN (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
amcmillian@susmangodfrey.com

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK<br><br>Defendants. | Case No 5:13-cv-01356 (EJD)<br><br>**JOINT STATUS REPORT** |

1   On January 13, 2014, this Court stayed these actions pending final exhaustion of the relevant
2   review proceedings, including any appeals.  (*See* Dkt. 55).  The relevant review proceedings have
3   resulted in the following decisions:

4   ***Claims confirmed as patentable and not subject to further PTO proceedings or appeals***

5   • Claims 24, 32, 81, 82, and 86 of the '310 patent. *See Personal Web Technologies,*
6   *LLC v. Apple, Inc.,* No. 2018-1599 (Fed. Cir. Mar. 8, 2019) (mandate issued to the
7   United States Patent and Trademark Office, June 12, 2019).

8   ***Claims invalidated and subject to no further appeals***

9   • Claims 30-33, and 41 of Patent No. 5,978,791; *See* (IPR2013-00082), Dkt.83 , Final
10   Written Decision, at 66; (IPR2013-00083), Dkt. 80, Final Written Decision, at 41-
11   42; (IPR2013-00084) , Dkt. 64, Final Written Decision, at 57-58; (IPR2013-00085)
12   , Dkt. 73, Final Written Decision, at 76-77; (IPR2013-00086) , Dkt. 66, Final
13   Written Decision, at 41; and (IPR2013-00087), Dkt. 69, Final Written Decision, at
14   54 (affirmed without opinion on August 10, 2015).

15   • Claims 10, 25, 31, 32  of Patent No. 6,415,280 ('280 patent).

16   • Claim 70 of Patent No. 7,802,310 ("the '310 patent").  *See* (IPR2013-00596),
17   Dkt.33, Final Written Decision, at 25 (not appealed).

18   * * * *

19   The claims at issue in this case and not subject to further PTO proceedings or appeals are
20   as follows:

21   • Claims 81, 82, and 86 of the '310 patent.

22   The parties agree and respectfully ask that the Court lift the current stay and set a status
23   conference at the Court's convenience, to, among other things, set a schedule for resolving the
24   remaining disputes regarding claims 81, 82, and 86 of the '310 patent.

25   The parties further notify the Court that, besides this case, PersonalWeb's cases against
26   Google, Apple, EMC Corporation and VMWare, Inc. remain pending in the Northern District of
27   California. *See PersonalWeb Technologies LLC v. Google, Inc. et al.* Case No. 5:13-cv-01317
28   (NDCA, Hon. Edward J. Davila); *PersonalWeb Technologies LLC et al v. Apple Inc.*, Case No.

1

1    5:14-cv-01683 (NDCA, Hon. Edward J. Davila); *PersonalWeb Technologies LLC et al v. EMC*

2    *Corporation, et al.*, Case No. 5:13-cv-0135 (NDCA, Hon. Edward J. Davila).

3         The parties further notify the Court that, since this case was filed, PersonalWeb has brought

4    suit against additional defendants alleging infringement of five patents, including the '310 patent

5    but not the asserted claims here.  These actions have been consolidated before the Honorable Beth

6    Labson Freeman in the Northern District of California pursuant to an Order from the Panel on

7    Multidistrict Litigation.  *See In re: Personalweb Techs., LLC, & Level 3 Commc'ns, LLC, Patent*

8    *Litig.*, MDL No. 2834, 340 F. Supp. 3d 1373 (U.S. Jud. Pan. Mult. Lit. 2018).  None of the claims

9    in the '310 patent remaining in this case have been asserted in the MDL proceeding and the MDL

10   proceeding involves accused products and services that differ from those at issue in this case.

11

12   Dated:  July 15, 2019                    MARC M. SELTZER
                                              KALPANA SRINIVASAN
13                                            DAVIDA BROOK
                                              MAX L. TRIBBLE, JR.
14                                            JOSEPH GRINSTEIN
                                              ASHLEY L. MCMILLIAN
15                                            SUSMAN GODFREY LLP

16

17                                            By:  */s/ Max Tribble*
                                                  Max Tribble
18                                                Attorneys for Plaintiff PersonalWeb
                                                  Technologies, LLC
19

20   Dated: July 15, 2019                     HEIDI L. KEEFE
                                              MARK R. WEINSTEIN
21                                            REUBEN H. CHEN
                                              LAM K. NGUYEN
22                                            ELIZABETH STAMESHKIN
                                              SARAH WHITNEY
23                                            COOLEY LLP
                                              DERON R. DACUS
24                                            PETE KERR
                                              DACUS LAW FIRM
25

26                                            By:  */s/ Reuben H. Chen*
                                                  Reuben H. Chen
27                                                Attorneys for Defendant
                                                  Facebook, Inc.
28

2