UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PERSONALWEB TECHNOLOGIES LLC, et al., | Case No. 5:13-cv-01356-EJD |
|---|---|
| Plaintiffs, | |
| v. | **REVISED PRETRIAL ORDER (JURY)** |
| FACEBOOK INC., | Re: Dkt. No. 74 |
| Defendant. | |

The above-entitled action is scheduled for a Pretrial Conference on Thursday, **September 17, 2020 at 11:00 a.m**. In addition, the parties shall appear telephonically for a status conference on **October 10, 2019 at 10:00 a.m**. The parties are further instructed to file a Joint Status Conference Statement no later than **October 7, 2019.**

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | December 20, 2019 |
| Designation of Opening Experts with Reports | January 24, 2020 |
| Designation of Rebuttal Experts with Reports | February 21, 2020 |
| Expert Discovery Cutoff | March 6, 2020 |
| Opening Briefs for Dispositive Motion Deadline (*see Section IV and V of Standing Order for Civil Cases*) | March 20, 2020 |
| Response Briefs for Dispositive Motion Deadline | May 1, 2020 |

| Reply Briefs for Dispositive Motion Deadline | May 15, 2020 |
|---|---|
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on June 11, 2020 |
| Motions *in Limine* | August 27, 2020 |
| Joint Final Pretrial Conference Statement and Exchange of Exhibits | September 3, 2020 |
| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | September 7, 2020 |
| Final Pretrial Conference | 11:00 a.m. on September 17, 2020 |
| Trial Exhibits | September 22, 2020 |
| **Tentative Jury Trial**[1] | September 29, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

All parties are expected to comply as directed above.

**IT IS SO ORDERED.**

Dated: September 16, 2019

EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:13-cv-01356-EJD
PRETRIAL ORDER (JURY)