# United States Court of Appeals for the Federal Circuit

---

**PERSONALWEB TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC, YOUTUBE, LLC,**
*Defendants-Appellees*

---

**PERSONALWEB TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

v.

**FACEBOOK, INC.,**
*Defendant-Appellee*

---

**PERSONALWEB TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**LEVEL 3 COMMUNICATIONS LLC,**
*Plaintiff*

v.

**EMC CORPORATION, VMWARE, INC.,**
*Defendants-Appellees*

———————

2020-1543, 2020-1553, 2020-1554

———————

Appeals from the United States District Court for the Northern District of California in Nos. 5:13-cv-01317-EJD, 5:13-cv-01356-EJD, 5:13-cv-01358-EJD, Judge Edward J. Davila.

———————

## JUDGMENT

———————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

   ENTERED BY ORDER OF THE COURT

August 12, 2021    /s/ Peter R. Marksteiner
          Peter R. Marksteiner
          Clerk of Court